**BURSOR & FISHER**
P.A.

**888 SEVENTH AVENUE**
**NEW YORK, NY 10019**
www.bursor.com

**YITZCHAK KOPEL**
Tel: **646.837.7150**
Fax: **212.989.9163**
ykopel@bursor.com

June 22, 2022

*Via ECF*

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Krawitz et al. v. Five Below, Inc.*, Case No. 2:22-cv-02253-LDH-ARL

Dear Judge DeArcy Hall:

    I represent Plaintiffs in the above-captioned action. I write pursuant to Rule I.E.2 of Your Honor's Individual Practices and in response to Defendant's June 17, 2022 Letter requesting a pre-motion conference (ECF No. 10). Plaintiff's letter response is currently due on June 27, 2022.

    Based on arguments raised in Defendant's letter, Plaintiffs believe the issues before the Court can be narrowed by the filing of an amended complaint in lieu of a letter response. Plaintiffs respectfully request July 14, 2022 as the deadline to file their amended complaint. There have been no previous extension requests and counsel for Defendant consents. There are no scheduled dates that would be affected by this request because a Scheduling Order has not yet been entered.

    Thank you for your consideration to this matter.

Respectfully,

*Y. Kopel*

Yitzchak Kopel

cc:  All counsel of record via ECF