UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SPENCER KRAWITZ, JUSTINA MCLAUGHLIN,
CASSANDRA RODRIGUEZ,

                Plaintiffs,

        -against-                            **ORDER**
                                                    CV 22-2253 (LDH) (ARL)

FIVE BELOW, INC.,

                Defendant.
---------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Completion and filing of the attached form is the first step in the scheduling process and is mandatory. This Rule 26(f) Report shall be submitted to the Court by September 1, 2022

Dated: Central Islip, New York                SO ORDERED:
       August 1, 2022

                                                          _____s/_____
                                                ARLENE ROSARIO LINDSAY
                                                United States Magistrate Judge